# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 4, 2010

Clerk of Court
South Mountain Justice Court
620 W. Jackson Street
Phoenix, AZ 85003

**RE:** **REMAND TO SOUTH MOUNTAIN JUSTICE COURT**

**District Court Case Number: CV-10-212-PHX-GMS**

**Superior Court Case Number: CC2010-045264**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on February 4, 2010, remanding the above case to South Mountain Justice Court.

        Sincerely,

        RICHARD H. WEARE, DCE/CLERK OF COURT

        S/L. Dixon
        L. Dixon, Deputy Clerk

Enclosure
cc: all counsel